STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria D. Nunez,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jo Anne B. Barnhart, Commissioner<br>of Social Security,<br><br>　　　　　Defendant. | 1: 05 CV-F 0024 DLB<br><br>STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |

　　　Plaintiff Maria D. Nunez ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for Plaintiff to file and serve her Opening Brief, pursuant to numbered paragraph 6 of the Court's November 2, 2004 Scheduling Order ("Order"), to July 9, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

//
//
//
//
//

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to file her opening brief.

DATED: June 9, 2005                                    *S/Stuart Barasch*
                                                                       STUART BARASCH, Attorney for
Plaintiff Maria D. Nunez

DATED: June 9, 2005                                    McGREGOR W. SCOTT
United States Attorney

                                                                       *S/Kimberly A. Gaab*
                                                                       KIMBERLY A. GAAB
Assistant United States Attorney
Attorneys for Federal Defendant
JO ANNE B. BARNHART, Commissioner of Social Security

IT IS SO ORDERED.

**Dated:   June 10, 2005**                              **/s/ Dennis L. Beck**
3c0hj8                                                 UNITED STATES MAGISTRATE JUDGE

2