```
STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria D. Nunez,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jo Anne B. Barnhart, Commissioner<br>of Social Security,<br><br>　　　　　　Defendant. | 1:05 CV-F 0024 DLB<br><br>AMENDED STIPULATION TO EXTEND<br>SCHEDULING ORDER; ORDER THEREON |

Plaintiff Maria D. Nunez ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for Plaintiff to file and serve her Confidential Letter, pursuant to numbered paragraph 3 of the Court's November 2, 2004 Scheduling Order ("Order"), to July 9, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

//
//
//
//

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to file her opening brief.

DATED: June 22, 2005                         *S/Stuart Barasch*
                                             STUART BARASCH, Attorney for
                                             Plaintiff Maria D. Nunez


DATED: June 23, 2005                         McGREGOR W. SCOTT
                                             United States Attorney


                                             *S/Kimberly A. Gaab*
                                             KIMBERLY A. GAAB
                                             Assistant United States Attorney
                                             Attorneys for Federal Defendant
                                             JO ANNE B. BARNHART, Commissioner of Social Security

IT IS SO ORDERED.

**Dated:   June 23, 2005**                   **/s/ Dennis L. Beck**
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE

2