```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                       EASTERN DISTRICT OF CALIFORNIA
 9

10  MARIA D. NUNEZ,                  )   1:05-cv-0024 DLB
                                     )
11              Plaintiff,           )   STIPULATION AND
                                     )   ORDER TO EXTEND
12         v.                        )   TIME
                                     )
13  JO ANNE B. BARNHART,             )
    Commissioner of Social           )
14  Security,                        )
                                     )
15              Defendant.           )
    _____    )
16
```

17     The parties, through their respective counsel, stipulate that

18  defendant's time to respond to plaintiff's confidential letter be

19  extended from August 3, 2005 to September 1, 2005.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

This is defendant's first request for an extension of time to respond to plaintiff's confidential letter.  Defendant requests the additional time to review the file and prepare a response in this matter.

                                    Respectfully submitted,

Dated: July 12, 2005         /s/ Stuart Barasch
                                    (As authorized via facsimile)
                                    STUART BARASCH
                                    Attorney for Plaintiff

Dated: July 13, 2005         McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:   July 13, 2005**                 **/s/ Dennis L. Beck**
3c0hj8                                         UNITED STATES MAGISTRATE JUDGE