STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria D. Nunez, | CV-F 05-0024 DLB |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |
| Jo Anne B. Barnhart, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Maria D. Nunez and defendant Jo Anne B. Barnhart, Commissioner of Social Security, through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for Plaintiff to file and serve her Opening Brief, pursuant to numbered paragraph 6 of the Court's January 5, 2005 Scheduling Order, to November 15, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

//
//
//
//
//

1

The reason for the within stipulation is as follows:

Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to file her opening brief.

DATED:  September 27, 2005              *S/Stuart Barasch*
                                        STUART BARASCH, Attorney for
                                        Plaintiff Maria D. Nunez


DATED:   September 27, 2005             McGREGOR W. SCOTT
                                        United States Attorney


                                         *S/Kimberly A. Gaab*
                                        KIMBERLY A. GAAB
                                        Assistant United States Attorney
                                        Attorneys for Federal Defendant
                                        JO ANNE B. BARNHART, Commissioner of
                                        Social Security


        IT IS SO ORDERED.

        **Dated:   September 28, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE

2