STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Maria D. Nunez,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Jo Anne B. Barnhart, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CV-F 05-0024 DLB<br><br>Hon. Dennis L. Beck<br>United States Magistrate Judge<br><br>STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |

　　　Plaintiff Maria D. Nunez and defendant Jo Anne B. Barnhart, Commissioner of Social Security, through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for Plaintiff to file and serve her Opening Brief, pursuant to numbered paragraph 6 of the Court's January 5, 2005 Scheduling Order, to January 15, 2006; and that all other scheduling dates set forth in the Order shall be extended accordingly.

//

//

//

//

1

The reason for the within stipulation is as follows:

1. Due to the power outage and damage by Hurricane Wilma to Miami Beach area, plaintiff has not finished preparing all the necessary documentation or proposed pleadings.

2. This stipulation is being filed only so that justice may be served and not for the purpose of delay.

Thus, counsel for Plaintiff is at this point not ready to prepare his opening brief. This is plaintiff's second request for an extension of time.

DATED:   November 3, 2005            *S/Stuart Barasch*
                                     STUART BARASCH, Attorney for
                                     Plaintiff Maria D. Nunez


DATED:   November 7, 2005            McGREGOR W. SCOTT
                                     United States Attorney


                                     *S/Kimberly A. Gaab**
                                     KIMBERLY A. GAAB
                                     (*by fax authorization)
                                     Assistant United States Attorney
                                     Attorneys for Federal Defendant
                                     JO ANNE B. BARNHART, Commissioner
                                     of  Social Security


     IT IS SO ORDERED.

  **Dated:**   **November 7, 2005**              **/s/ Dennis L. Beck**
  3c0hj8                                  UNITED STATES MAGISTRATE JUDGE

2